AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

TEAJAY BOLES,

                Petitioner,

                v.

STATE OF GEORGIA,

                Respondent.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  4:23-cv-300

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

that, in accordance with the Court's December 7, 2023 Order, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court.  Therefore, Petitioner's petition for a writ of habeas corpus is dismissed without prejudice.  Additionally, Petitioner is denied a certificate of appealability and in forma pauperis status on appeal.  This case stands closed.

Approved by: _____

**HON. LISA GODBEY WOOD, JUDGE**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**

December 8, 2023
*Date*

John E. Triplett, Clerk of Court
*Clerk*

_____
*(By) Deputy Clerk*